LEVENTHAL et al., Respondents, v. PHE-NIX INS. CO. OF BROOKLYN, Appellant, et al. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Hyman Leventhal and others against the Phenix Insurance Company of Brooklyn, impleaded with the Ulster County Savings Institution. No opinion. Judgment and order unanimously affirmed, with costs.

LEVEY, Respondent, v. BROOKLYN UNION PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Edgar J. Levey against the Brooklyn Union Publishing Company. P. E. Jones, for appellant. W. F. Clare, for respondent.

PER CURIAM. Judgment affirmed, with costs, upon the opinion of Dowling, J., in the court below (65 Misc. Rep. 373, 121 N. Y. Supp. 643), with leave to defendant to withdraw demurrer and to answer upon payment of costs in this court and in the court below. Order filed.

LEVEY v. BROOKLYN UNION PUB. CO. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Edgar J. Levey against the Brooklyn Union Publishing Company. No opinion. Motion granted. Question certified. Order signed. See, also, 65 Misc. Rep. 373, 121 N. Y. Supp. 643.

LEVIN & MEYER CONTRACTING CO. v. HART et al. (Supreme Court, Appellate Division. Second Department. May 6, 1910.) Action by Levin & Meyer Contracting Company against Lena Hart and others. No opinion. Order affirmed, with $10 costs and disbursements.

LEVTOW, Respondent, v. BLOOM, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Jacob Levtow against Samuel Bloom. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEVY, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Isaac Levy against the Long Island Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEWIS, Appellant, v. LEWIS' ESTATE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Mary P. Lewis against the Estate of Charles P. Lewis, deceased. No opinion. Decree affirmed, with costs and disbursements.

LINCOLN TRUST CO., Appellant, v. Mc-VICKAR, Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the Lincoln Trust Company against Dorothea E. McVickar. W. H. Van Benschoten, for appellant. C. O. Mass, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LINTHWAITE, Respondent, v. BILLING-TON, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Grace Linthwaite against Reno R. Billington. H. K. Jacobs, for appellant. No opinion. Order affirmed, without costs. Order filed.

LITTLE, Respondent, v. MacDUFFIE, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Arabella Little against Rufus L. MacDuffie, impleaded with others. E. L. Stevens, for appellant. G. W. Phillips, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LOOMIS et al., Respondents, v. CLEVE-LAND, C., C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Leslie C. Loomis and another against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company. No opinion. Judgment and order affirmed, with costs.

LONDON v. MANSCHEL et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Edward London and Philip Manschel and others. No opinion. Motion denied, with $10 costs. Order filed.

LONDON, Appellant, v. MENSCHEL et al., Respondents. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Edward London against Philip Menschel and others. J. P. Segal, for appellant. H. M. Phillips and B. E. Kopelman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LONDON v. MENSCHEL et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Edward London against Philip Menschel and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LOWTHER v. RADER et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Clarence L. Lowther against William H. Rader and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 102 N. Y. Supp. 929.

LUDWIG, Respondent, v. GERMAN UNION FIRE INS. CO. OF BALTIMORE, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Theodore H. Ludwig against the German Union Fire Insurance Company of Baltimore. No opinion. Order of the Municipal Court affirmed, with costs.

LUSTIG, Respondent, v. LIVINGSTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by George Lustig against Edward M. Livingston. No opinion. Judgment of the Municipal Court affirmed, with costs.